UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY HARRIS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GENERAL MOTORS LLC,

Defendant.

C20-257 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension of time, docket no. 10, is GRANTED as follows:

    (a) The deadline for defendant to file a responsive pleading or motion is EXTENDED to Thursday, June 25, 2020; and

    (b) The deadline for the parties to exchange initial disclosures and file a Joint Status Report is EXTENDED to Friday, July 3, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1