UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY HARRIS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GENERAL MOTORS LLC,

Defendant.

C20-257 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extensions, docket no. 14, is GRANTED as follows:

(a) The deadline for the parties to exchange initial disclosures and file a Joint Status Report is EXTENDED to August 3, 2020.

(b) Defendant's motion to dismiss and strike class allegations, docket no. 12, is RENOTED to July 31, 2020. Plaintiff's response is due by Monday, July 27, 2020, and defendant's reply is due by the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of July, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1