UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | C20-257 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  The Court GRANTS the parties' request in the joint status report, docket no. 31, to extend the class certification motion deadline to 120 days after the Court rules on Defendant General Motors' pending Motion to Dismiss, docket no. 12, with General Motors having 60 days to respond to the class certification motion and Plaintiff having 30 days thereafter to reply.

(2)  The Court will enter a scheduling order, if appropriate, after ruling on the Motion to Dismiss.

(3)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of August, 2020.

William M. McCool<br>
Clerk<br><br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1