Hon. Thomas S. Zilly

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

| | |
|---|---|
| KELLY HARRIS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>                Defendant. | NO. 20-cv-00257 TSZ<br><br>[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

15

16

**ORDER**

17

     THIS MATTER comes before the Court on Plaintiff's Motion for Partial

18

Reconsideration of the Court's Order Granting Defendant's Motion to Dismiss.  The Court

19

having reviewed and considered all pleadings, the papers in support and in opposition thereto,

20

and good cause appearing, **IT IS HEREBY ORDERED THAT:**

21

     1.     Plaintiff's Motion is GRANTED.

22

23

24

**IT IS SO ORDERED.**

   DATED this _____ day of _____, 2020.

                                        _____
                                        Thomas S. Zilly
                                        United States District Judge


Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: *s/Kim D. Stephens*
         Kim D. Stephens, P.S. WSBA #11984
         Kaleigh Powell, WSBA #52684

[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PARTIAL
RECONSIDERATION OF THE COURT'S ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS - 2
(Case No. 20-cv-00257 TSZ)