UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY HARRIS,

           Plaintiff,

  v.

GENERAL MOTORS LLC,

           Defendant.

C20-257 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    The Court requests a response to Plaintiff's Motion for Reconsideration, docket no. 34. No reply shall be filed unless requested by the Court. Defendant is DIRECTED to file a response to the motion for reconsideration on or before noon on Friday, October 9, 2020. The motion for reconsideration is RENOTED to October 9, 2020.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 24th day of September, 2020.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1