UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY HARRIS,<br><br>                Plaintiff,<br><br>   v.<br><br>GENERAL MOTORS LLC,<br><br>                Defendant. | C20-257 TSZ<br><br>MINUTE ORDER |

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Defendant's motion for clarification, docket no. 39, which the Court treats as a motion for reconsideration, is DENIED.  As the Minute Orders entered on October 19, 2020, docket no. 37, and January 6, 2021, docket no. 38, indicate, only the fraudulent omission claim (Count 4) remains for trial.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 19th day of January, 2021.

                                                                                    William M. McCool
                                                                                    Clerk

                                                                                   s/Gail Glass
                                                                                  Deputy Clerk

MINUTE ORDER - 1